**RECEIVED**

JUL 2 5 2022

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

YAMASSEE CREEK NATION TRIBAL REDEMPTION COUNCIL



4:22-cv-00783 CDP

Complaint J.A.C

*The Great Seal of the Yamassee Tribe of the Creek Nation*

*Dejure Sovereign Indigenous American Indian Territory Government*
*Sovereign: Yamassee Creek Nation,"En Lex: New Echota Treaty," Dejure Indigenous Tribe Council*

| | | |
|---|---|---|
| YAMASSEE TRIBE TERRITORY | ) | **Notice to Principle is Notice to Agent** |
| | ) ss. | Tribal Promulgation in Accord with 28 USC 57 |
| UNITED STATES/ 8 USC 1401(b)/ H.R. 984 | ) | **Notice to Agent is Notice to Principle** |

TO: MISSOURI SECRETARY OF STATE OFFICE
c/o: John R. Ashcroft, Secretary of The State,
      600 W Main St.
Missouri State Information Center, Room 322
Jefferson City, MO 65101-0778
Phone: (573)-751-4153
FedEx#_____

**TO: U.S. Department of State**
c/o: Antony Blinken,  Secretary of The State
     2201 C Street, N.W.
     Washington, D.C. 20240
Phone: 202-647-6575

FedEx#_____

Presented By:
Chief Justice for KA Hu Kia Territory
c/o: Chief Crawford: Jordan-Alexander
5921 Mill Creek Dr. Apt 904
Hazelwood, Missouri [Zip-Exempt]
Real Land: Cahokia Territory
Phone: 314-437-7818

**TO: U.S. Department of Justice**
c/o: Merrick B. Garland, Atty. Gen
     950 Pennsylvania Avenue, NW
     Washington, DC 20530-0001
Phone: 202-514-2000

FedEx_____

**IN REM:**    **CONSTRUCTIVE AND PUBLIC NOTICE OF SOVEREIGN
TRIBAL PROMULGATION IN ACCORD WITH SEC. 37.002,
37.003(a), (b) and 28 USC 57, 2201, 4104**

**AFFIDAVITS OF TRUTH**
**Notice to Principle is Notice to Agent. Notice to Agent is Notice to Principle**

Constructive and Public Notice: Tribal Promulgation

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
ST. LOUIS DIVISION
111 S 10th St # 3.300, St. Louis, MO 63102

Case No. _____

| | |
|---|---|
| **Crawford: Jordan-A**, Chief Justice ) | Pro Per |
| Ex Rel. JORDAN ALEXANDER CRAWFORD ) | Tribal Promulgation: Declaration of rights |
| 5921 Mill Creek Dr., Apt 904 ) | Pursuant to 28 USC 57, 2201, 4104, and |
| St. Louis [Zip-Exempt] ) | Mo R. Civ. P. 87.01, 87.02, 87.08 |
| Real Land: Cahokia Territory ) | |
| Phone: 314-437-7818 ) | |
| Claimant, ) | |
| ) | |
| Vs. ) | |
| ) | |
| THE UNITED STATES, et al. ) | Rights of Indigenous Peoples- U.N.D.R.I.P./ |
| And ) | A.D.R.I.P. Treaties, The International |
| THE STATE OF MISSOURI ) | Covenant of Civil & Political Rights, |
| a Public Body Corporate. ) | 42 USC 1983, 1988, Tribal Constitution |
| Respondent. ) | |

## **PRAY FOR DECLARATORY JUDGEMENT IN THE NATURE OF DECLARATION OF RIGHTS PURSUANT TO 28 USC 57, 2201(a)**

COMES NOW, MY HONORS, Crawford: Jordan-A, the secured party of the Debtor, ex rel.

JORDAN ALEXANDER CRAWFORD, presenting this Tribal Promulgation of Rights of Indigenous Tribal

National of the Yamassee Creek Nation as Chief Justice Nysut: Amun Re for the Cahokia Territory,

Noticed to the D.O.I by letter of Intent 208/1999 (as Noticed in the Federal Register/ Vol. 64, No. 231/

Thursday, December 2, 1999/ Notices Pg. 67585, United States Department of Interior, Office of

Acknowledgement JBB-V001-D002 Page 1 of 1) [see attached Copy Page 67585], pursuant to 28 USC 57

and 2201(a), the court may sua sponte, can grant a declaration of rights. Hasselbring v. Koepke, 263 Mich.

466, 248 N. W. 869, 93 A.L.R. 1170 (1933); to wit:

## DEPARTMENT OF THE INTERIOR

### Geological Survey

### Technology Transfer Act of 1986

**AGENCY:** United States Geological Survey, Interior.

**ACTION:** Notice of proposed cooperative research and development agreement (CRADA) negotiations.

**SUMMARY:** The United States Geological Survey (USGS) is contemplating entering into a Cooperative Research and Development Agreement (CRADA) with Swiss Reinsurance Company ("SwissRe") to conduct a probabilistic study of earthquake hazards in the greater Istanbul area.

**INQUIRIES:** If any other parties are interested in studying other areas with the USGS, please contact: Dr. Ross S. Stein, tel 1 650 329 4840, fax 1 650 329 4876, rstein@usgs.gov.

**SUPPLEMENTARY INFORMATION:** This notice is to meet the USGS requirement stipulated in the Survey Manual.

Dated: November 16, 1999.

**Janet L. Morton,**

*Acting Chief Geologist.*

[FR Doc. 99–31240 Filed 12–1–99; 8:45 am]

**BILLING CODE 4310–Y7–M**

## DEPARTMENT OF THE INTERIOR

### Bureau of Indian Affairs

### Receipt of Petitions for Federal Acknowledgment of Existence as an Indian Tribe

**AGENCY:** Bureau of Indian Affairs, Interior.

**ACTION:** Notice.

This notice is published in the exercise of authority delegated by the Secretary of the Interior to the Assistant Secretary—Indian Affairs by 209 DM 8.

Pursuant to 25 CFR 83.9(a) notice is hereby given that the following groups have each filed a letter of intent to petition for acknowledgment by the Secretary of the Interior that the group exists as an Indian tribe. Each letter of intent was received by the Bureau of Indian Affairs (BIA) on the date indicated, and was signed by members of the group's governing body.

Juaneno Band of Mission Indians, c/o Sonia Johnston, P.O. Box 25628, Santa Ana, California 92799, withdrew from Juaneno Band of Mission Indians. (See, 47 FR 56184, 12/15/1982). March 8, 1996.

Ani Yvwi Yuchi, c/o Joe Lenwood Henderson, 58757 Santa Barbara Drive, Yucca Valley, California 92284. July 31, 1996.

Loyal Shawnee Tribe, c/o Don Greenfeather, P.O. Box 948, Tahlequah, Oklahoma 74465. October 14, 1998.

Lost Cherokee of Arkansas & Missouri, c/o W.K. Maxwell, Jr., 108 South Fisher, Jonesboro, Arkansas 72401. February 10, 1999.

Cherokee Nation of Alabama, c/o Winfred H. Watts, Jr., 4901 Clairmont Avenue, Birmingham, Alabama 35222. February 16, 1999.

Knugank, c/o Dennis Olson, P.O. Box 571, Dillingham, Alaska 99576. January 7, 1999.

Pequot Mohegan Tribe, Inc., c/o Van Thomas Green, 387 High Street, Suite 3–B, Middleton, Connecticut 06457. April 12, 1999.

The Yamassee Native American Moors of the Creek Nation, c/o Malachi York, P.O. Box 707, Milledgeville, Georgia 31061. April 27, 1999.

Sierra Foothill Wuksachi Yokuts/Tribe, c/o Marie Dominguez, 34845 Maxon Road, #108, Sanger, California 93657. May 11, 1999.

Costanoan Tribe of Santa Cruz and San Juan Bautista Missions, c/o Quirina Cynthia Luna, 704 Wessmith Way, Madera, California 93638–2172. May 11, 1999.

Lipan Apache Band of Texas, Inc., c/o Daniel Castro Romero, Jr., 109 Clifford Court, San Antonio, Texas 78210. May 26, 1999.

Pee Dee Indian Nation of Beaver Creek, c/o Leroy Lewis, P.O. Box 396, Neeses, South Carolina 29107. June 16, 1999.

Poquonnock Pequot Tribe, c/o Paul A. Davis, P.O. Box 250, Ledyard, Connecticut 06339. July 7, 1999.

The Wilderness Tribe of Missouri, c/o Dophes Barton, Route 2, Box 2232, Alton, Missouri 65606. August 16, 1999.

Tuscarora Nation East of the Mountains, c/o Robert Michael Chavis, 780 Andrews Farm Road, Rowland, North Carolina 28383–8080. September 8, 1999.

The Old Settler Cherokee Nation of Arkansas, c/o Joe Bagby, P.O. Box 82, Timbo, Arkansas 72680. September 17, 1999.

This is a notice of receipt of these letters of intent to petition and does not constitute notice that the petitions are under active consideration. Notice of active consideration will be sent by mail to the petitioner and other interested parties at the appropriate time.

Under Section 83.9(a) of the Federal regulations, third parties may submit factual and/or legal arguments in support of or in opposition to each group's petition and may request to be kept informed of all general actions affecting the petition. Third parties should provide copies of their submissions to the petitioner. Any information submitted will be made available on the same basis as other information in the BIA's files. The petitioner will be provided an opportunity to respond to such submissions prior to a final determination regarding the petitioner's status.

The petitions may be examined, by appointment, in the Department of the Interior, BIA, Branch of Acknowledgment and Research, MS: 4660–MIB, 1849 C Street, NW, Washington, DC 20240, Phone: (202) 208–3592.

Dated: November 10, 1999.

**Kevin Gover,**

*Assistant Secretary—Indian Affairs.*

[FR Doc. 99–31274 Filed 12–1–99; 8:45 am]

**BILLING CODE 4310–02–P**

## DEPARTMENT OF THE INTERIOR

### Bureau of Indian Affairs

### Advisory Board for Exceptional Children

**AGENCY:** Bureau of Indian Affairs, Interior.

**ACTION:** Notice of meeting.

**SUMMARY:** In accordance with the Federal Advisory Committee Act, 5 U.S.C., App. 2, the Bureau of Indian Affairs announces a meeting of the Advisory Board for Exceptional Children in Albuquerque, New Mexico, to discuss the impact of Public Law 105–17, the Individuals with Disabilities Education Act Amendments of 1997, on Indian children with disabilities.

**DATES:** The meeting will be held on Thursday, December 16, 1999, beginning at 9:00 a.m. and ending at 4:00 p.m. MST.

**ADDRESSES:** The meeting will be held at the Sheraton Old Town Hotel, 800 Rio Grand Boulevard, NW, Albuquerque, New Mexico 87104. Telephone 1–800–237–2133; Fax (505) 842–9863.

Written statements may be submitted to Mr. Joe Christie, Acting Director, Office of Indian Education Programs, Bureau of Indian Affairs, 1849 C Street, NW, MS–3512–MIB, Washington, DC 20240; Telephone (202) 208–6123; Fax (202) 208–5548.

**FOR FURTHER INFORMATION CONTACT:** Dr. Angelita Felix, Chief, Branch of Exceptional Education, (202) 208–5037.

YAMASSEE CREEK NATION TRIBAL REDEMPTION COUNCIL



*The Great Seal of the Yamassee Tribe of the Creek Nation*

Dejure Sovereign Indigenous American Indian Territory Government
Sovereign: Yamassee Creek Nation,"En Lex: New Echota Treaty," Dejure Indigenous Tribe Council

| YAMASSEE TRIBE TERRITORY | ) | **Notice to Principle is Notice to Agent** |
|---|---|---|
| | ) ss. | Tribal Promulgation in Accord with Rule 87 |
| UNITED STATES/ 8 USC 1401(b)/ H.R. 984 ) | | **Notice to Agent is Notice to Principle** |

**TO: MISSOURI SECRETARY OF STATE OFFICE**
 c/o: John R. Ashcroft, d/b/a, Secretary of The State,
     600 W Main St.
Missouri State Information Center, Room 322
Jefferson City, MO 65101-0778
**Phone: (573)-751-4153**

**Prepared By:**

Council Chief Justice for KA Hu Kia
c/o: Chief Crawford: Jordan-Alexander
     5921 Mill Creek Drive #904,
     Hazelwood Missouri [Zip-Exempt]
Real Land: Cahokia Territory
**Phone: 314-437-7818**

**IN REM:   CONSTRUCTIVE AND PUBLIC NOTICE OF SOVEREIGN
          TRIBAL PROMULGATION IN ACCORD WITH SEC. 87.01RSMo**

---

**AFFIDAVITS OF TRUTH**
**Notice to Principal is notice The Agent. Notice to the Agent is Notice to the Principal**

Constructive and Public Tribal Promulgation

## AFFIDAVIT: Tax-Exempt Foreign Status

**KNOW ALL MEN AND WOMAN BY THESE PRESENTS, that I,  Crawford: Jordan-Alexander Tribal Nomen Nysut: Amun Re , BEING FIRST DULY SWORN AN OATH, depose and say:**

1.  I, Crawford: Jordan-Alexander Tribal Nomen Nysut: Amun Re  Secured Party hereinafter, am domiciled near St. Louis, Missouri Republic. Mailing location P.O. Box "5921 Mill Creek Drive #904, Hazelwood 63042" USA NON-DOMESTIC. Unless otherwise stated, I have individual knowledge of the matters contained within this Affidavit. I am fully competent to testify with respect to these matters.

2.  I possess full SOVEREIGN and UNALIENABLE RIGHTS by virtue of the Declaration of Independence (1776 A.D.), the Original Constitution of the United States of America and the Bill of Rights (1791 A.D.) and over two hundred of American case law (i.e. Common law), both prior to and after the undeclared federal, corporate United States government bankruptcies of 1930 -1938.

3.  FURTHER, I DECLARE THE PLEBISCITE AND CONSTITUTION OF THE YAMASSEE NATIVE AMERICANS OF THE CREEK NATION BIA "BUREAU OF INDIAN AFFAIRS" REGISTRY NUMBER 208/1999 as my plebiscite and constitution whole and in full in effect at all times, continually.

## CAVEAT!!!

To any other peoples and nations inclusive of the United States, know that is to violate our constitution is to violate "**The Drafted Declaration of the Rights of Indigenous Peoples**"/*Cn.$/ Sub.2/1994/2/Add.1 (1994) Part VII, Article 31 & 36* Drafted by the Working Groups at its 11th session and the Indigenous Peoples Earth Charter which was adopted at the Kari Oca Conference May 26-30 1992.

4.  I am NOT a legal "person" born or naturalized in the federal "United States" NOT subject to the jurisdiction of the legislative democracy of the federal "United States" (e.g. District of Columbia, Puerto Rico, U.S. Virgin Islands,Guam, and American Samoa) or any territory "within the United States". The term "United States" and "U.S." are NOT to be construed under any circumstance to imply or include the Sovereign "50 States" or the "United States of America". I am not a "U.S. citizen" described in 26 CFR 1.1-1 (c) or the 14th Amendment. Furthermore any reference to the 14th Amendment of the Constitution maintaining privileges over rights is invalid (see A Historic Overview of the Unlawful Enactment of the 14th Amendment by the Supreme Court of Utah: Dyett v. Turner (1967) 439 P.2d 266; State v. Philips (1975) 540 P.2d 9360. Therefore I am "alien" With respect to the Federal "United States".

5.  I am described in 26 USC 865 (g) (1) (B) as a "non resident" of the "United States" I am therefore, as described in 26 CFR 1.871-2 and 26 7701 (b), a "nonresident alien" with respect to the "United States" and am outside the general venue and jurisdiction of the "United States".

6.  I am presumed to be a "nonresident alien" in Title 26, USC 1.871-4, the Internal Revenue Code (IRC), however not the same "nonresident alien" defined within the IRC pursuant to Title 42, USC 411 (b). My income is not derived from source "within the federal United States." Nor am I effectively connected with the performance of the functions of a public office "within the United States". My income is part of my "foreign estate" pursuant to Title 26, USC, 7701 (a) 31.

7.  I do not live "within" the geographical areas of exclusive federal jurisdiction as defined in the Federal Land Area Chart. I do not live "within" ANY of the ten, regional federal areas, territories or enclaves identified by numerical, postal zip code. I am a "nonresident alien" outside both general and tangential venue and jurisdiction of Title 26, United States Code (USC). I am also NOT a "resident" of the corporate "State of Missouri" as it is also under the jurisdiction of the federal "United States".

8.   I am NOT, and never have been, as described in 26 USC 3401, an "Officer", an "Employee", a "transferee" or an "elected official" of the "United States" of a "State of Missouri", or of any political subdivision thereof, nor of the District of Columbia, nor of a "domestic corporation" earning "wages" from an "employer". As a "nonresident alien" NOT engaged in or effectively connected with any "Trade or business" "within the United States" I am NOT REQUIRED by law to obtain a "U.S." taxpayer Identification Number (TIN) or a social security number (SSN) because of my exemption under 26 CFR 301 6109-1 (g) as a "non-resident alien", I derived no "gross income from sources within the United States", either "effectively connected" or "not effectively connected with the conduct of a trade or business in the United States" as described in 6 USC 872 (a).

9.   I am also claiming "sui juris" status in connection with property and my Name. If ANY agency of the government dispute the above declaration of "sui juris" in connection with our names We demand signed authorization of all documents being "held-in-due-course", pursuant to but not limited to, MO. Rev. Stat. § 400.3-305, MO Rev Stat § 400.3-505, U.CC. 3-305.2 and U.C.C. 3-505, that create ANY legal disability to the claimed "sui juris" status and "alieni generis" relating to my "Name": (One's "Name" is one's property, and for one's "Name" to enjoy "sui juris" status that "Name" must be free of legal disability resulting from a contract or commercial agreement, which is being "held -in-due-course" by a fellow citizen or by any agency of the federal, states, county or Municipal government).

10.  Henceforth, I demand a copy of all evidence, criteria or standards you, or your superiors, used to reach the presumption that I am/was/were a "taxpayer" as per 7701 (a) of the Internal Revenue Code. Your failure to respond to the above request within 15 days or your signed receipt of this letter, will indicate, and legally establish, that the IRS can offer no documents that are being "held-in-due-course" to dispute the declared status of "sui juris" and "alieni generis" relating to the "Myself" and my property, rendering all attempts at collections unenforceable.

11.  You are obligated to give me this information pursuant to U.C.C. 3-305.2, U.C.C. 3-305.2c (See p. 11572 of Volt 39, #62 of the Federal Register, Friday, March 29, 1974). This states that the mission of the IRS... includes communicating the requirements of law to the public.... and p. 1276 of the Federal Register publishing Public Law 90-620, October 22, 1968 paragraph 1507 states, that anything published that the individual is aware of its contents. The IRS not only has the obligation to tell me the requirements of the law, but you are presumed to know you are required.

12. Refer also to Treasury Internal Revenue Manual, Legal Reference Guide, fiduciary Manual 8 (21) 4, p. 58 (100 0-2000 Section 11. "in any case not provided for in this Act the rules of the law Merchant shall govern." Refer also to the Federal Tax Lien Act of 1966 (P.L. 89-719) wherein the Senate Report #1708 states: "Since the adoption of the Federal income tax in 1913, the nature of commercial financial transaction has changed appreciable..... This Bill is in part an attempt to conform to the provisions of the internal revenue laws to the concepts developed in this Uniform Commercial Code (UCC). It represents an effort to adjust provisions in the internal revenue laws relating to the collection of taxes of delinquent persons..."

13. I have exercised, and do now exercise the "REMEDY" of law in accord with but not limited to MO Rev Stat § 400.1-308, U.C.C. 1-207, whereby I may preserve my Common law right NOT to be bound by any commercial agreement, or bankruptcy action of the federal United States government, that I do not enter into knowingly, willingly and voluntarily, and that RESERVATION OF RIGHTS serves as a NOTICE upon all administrative agencies of government, federal, state and local, that I will accept the liability associated with the compelled benefit of any unrevealed commercial agreement. If I have received any benefits, privileges or titles of nobility (e.g., resident, citizen, taxpayer) from any branch of the government in the past, they were "received" under PROTEST, or under THREAT, DURESS, or COERCION (TDC) PURSUANT TO U.C.C. 1-103, U.C.C. 2-302, U.C.C. 3-509, PURSUANT TO Mo. Rev. Stat. § 400.1-103, MO Rev Stat § 400.2-302(1), and MO Rev Stat § 400.3-505.

14. I HEREBY CERTIFY and DECLARE, that I am a tribal member of the Yamassee Native Americans Of The Creek Nation and a sovereign indigenous person pursuant to the Treaty of 1790 between the Creek Nation and the United States Of America.

15. I am NOT subject to the statutory, colourable law jurisdiction of the federal United States in the corporate monopoly of the federal state, local and Municipal Governments.

16. I have NOT voluntarily or intentionally waived, with ANY "knowingly intelligent acts" ANY of my unalienable rights, and have "Absolutely NO" intention of doing so in the future.

17. I am a Citizen of the several states, NOT a federal United States citizen of the District of Columbia. I am domiciled in the state of Missouri Republic, (1776), a preamble American state Citizen of the United States of America.

*"...the dual character of our citizenship plainly apparent... a citizen of the United States is ipso facto and at the same time a citizen of the States in which he is domiciled...."* Colgate v. Harvey, 296 U.S. 404, 427; 801 Ed.299 (1935).

18. Any other evidence or presumption to the contrary is hereby REBUTTED. Any past signatures or authorization on Internal Revenue Service (1040's and w-4s), Social Security Administration forms (SS-5), Census registration, driver's licenses, vehicle registrations, birth or trust certificates, voter registrations and other franchise were in ERROR and involuntarily made under threat, duress and coercion (TDC). I hereby REVOKE, cancel and render void, Nunc Pro Tunc, both currently and retroactively to the time of signing, any and all such signatures.

## OFFICIAL PUBLIC NOTICE

On the ___ day, in the ___ month, in the year 2022, I, Crawford: Jordan-Alexander Tribal Nomen Nysut: Amun Re, Free Sovereign Indigenous flesh and blood living soul, hereinafter, I,

### Crawford: Jordan-Alexander Tribal Nomen Nysut: Amun Re

Sui Juris

hereby notify the public and all public officials of the UNITED STATES and the STATE OF MISSOURI, under the authority of rights given by the Almighty Old Ones, Pa Neteru

I, Crawford: Jordan-Alexander Tribal Nomen Nysut: Amun Re, DECLARE All Sovereign American rights, corporeal, and incorporated, as well as all "Rights", "Liberties" and "Immunities", of an Indigenous Sovereign Moor, including but not limited to the following:

**NOTICE** to all Law Enforcement agencies, Local, Country, State Police, Sheriff's, Deputies, Constables, Judges, Prosecutors and Clerks; The identified natural habitant mentioned herein this instrument is not to be detained under any circumstances, it is a violation of his liberties/rights. To violate these liberties/Rights is punishable by fine and/or imprisonment or both:

I.  Any act of harassment, including any notice/presentment received by Secured Party or Debtor of any alleged demand for payment, or appearance in a court of the like, assigned a minimum monetary value of $1,000,000.00 U.S. Dollars.

II.  Any act against the property or bank account at the Secured Party or Debtor assigned a minimum monetary value of $500,000 U.S. Dollars.

III.  ANY act of detention, arrest, incarceration, or physical harm to Secured Party or Debtor hereafter is assigned minimum monetary values as per precedent established by Trezevant vs. City of Tampa, 741 F2d 366, 1984: $25,000.00 per 23 minute period i.e. $65,217 per hour, $1,565,217.30 per day, plus punitive damages in amount decided by Secured Party, Secured Party's heirs or assigns.

IV.  Any act of torture, as defined in "The Constitution of the Yamassee Native American Moors of the Creek Nation."

, , and reads in part as follows..." *the term "torture" means any act by which severe pain or suffering, whether physical or mental, is intentionally inflicted on a person for such purposes as obtaining from him or a third person information or a confession, punishing him for an act he or a third person has committed or is suspected of having committed, or intimidating or coercing him or a third person or for any reason based on Discrimination of any kind when such pain or suffering is inflicted by or at the instigation of or with the consent or acquiescence of a public official or other per- son acting in an official capacity....*" *is* assigned a minimum amount of $100,000,000.00 U.S. Dollars.


## DOCUMENTS VOID AB INITIO


I, Crawford: Jordan-Alexander Tribal Nomen Nysut: Amun Re, give notice of rescission of all signatures from any and all Documents that have previously been used to create a presumption of myself, as being surety or a representative in any way for any legal fiction. Rescission is retroactive ab intitio. Aforementioned Documents are hereby declared null and void ab initio for fraud and lack of a bonafide signature. Said Documents have no legal or lawful effect for me, nor do they create a legal encumbrance or obligation for me, in any capacity.

## SUMMARY

I, Crawford: Jordan-Alexander Tribal Nomen Nysut: Amun Re, am not a citizen, resident, person or subject as defined in the laws of the UNITED STATES, the STATE OF MISSOURI or any other corporate, governmental, or religious entity.

I, Crawford: Jordan-Alexander Tribal Nomen Nysut: Amun Re, am not a party to the Constitution for the United States of America. Therefore I am not a citizen under the terms of the 14th Amendment to the Constitution for the United States of America.

I, Crawford: Jordan-Alexander Tribal Nomen Nysut: Amun Re, am not a fiction at law, legal fiction, legally created person, legally created entity, corporation, trust or artificial entity of any kind, and is not a res of any constructive public trust or other trust created by any governmental, corporate, or religious entity.

I, Crawford: Jordan-Alexander Tribal Nomen Nysut: Amun Re, do NOT serve in the capacity of trustee, administrator, fiscal agent, surety, representative, or in any other fiduciary capacity for any legal fictions.

I, Crawford: Jordan-Alexander Tribal Nomen Nysut: Amun Re, take exception to, do not consent to, and am not subject to "in rem" proceedings or actions in administrative courts of governmental, corporate or religious entities.

The use of any and all Bills of Credit in any form is done indebitatus non-assumpsit and without recourse, by the Law of Necessity, and does not validate the presumption that I, Crawford: Jordan-Alexander Tribal Nomen Nysut: Amun Re , am a representative of legal fictions.

**I DECLARE THE CONSTITUTION AND PLEBISCITE OF the Yamassee Native Americans, Original Cherokee Creek Seminole Shushuni, Washitaw Mound builders, as my constitution and plebiscite, whole and in full effect at all times, continually.**

1.  I, Crawford: Jordan-Alexander Tribal Nomen Nysut: Amun Re, am not party to or subject of, and deny the compelled performance of, the private copyrighted laws, statutes, ordinances, rules, regulation, codes, rules of court used by the HOLY SEE, GREAT BRITAIN, ENGLAND, the BRITISH CROWN, the UNITED STATES, the STATE of Missouri or any other governmental or religious entity.

2.  I, Crawford: Jordan-Alexander Tribal Nomen Nysut: Amun Re, am a man, a living soul, and NOT a legally created person, legal entity, corporation, trust or artificial entity of any kind, and is NOT a surety or representative for a fiction or any derivation of an all-capitalized entity and am not a res of any constructive public trust created by any governmental entity. I, deny consent by assent for the use of all-capital-letter name by any administrators, officers, agents, fiduciaries, objects of any and all trust.

3.  I, Crawford: Jordan-Alexander Tribal Nomen Nysut: Amun Re, having Power, hereby, releases, refuses acceptance of, extinguishes and renounces any and all schemes and artifices for defrauding, including and limited by, and any and all instruments creating any estate(s) use(s), trust(s), however created, constructive, implied, involuntary, direct or other, and terminates all rights and interest under me, release is retroactive to 1787.

4.  I, Crawford: Jordan-Alexander Tribal Nomen Nysut: Amun Re, hereby release, refuse acceptance of, extinguishes and renounces any and all schemes and artifices for defrauding, including, but not limited by, any and all instruments creating any implied or adhesion contract(s). Release is retroactive to 1787 A.D.

5.  I, Crawford: Jordan-Alexander Tribal Nomen Nysut: Amun Re, hereby release, refuse acceptance of, extinguish any and all trusteeship(s) of any and all administrators, agents, objects, and fiduciaries claiming any interests in the Private Property, inherent and Substantive Rights of myself. Release is retroactive to 1787 A.D.

6.  I, Crawford: Jordan-Alexander Tribal Nomen Nysut: Amun Re, hereby deny consent by assent and refute any and all assumptions and presumptions that the inherent substantive and Private Rights of myself, and Private Property being acquired by me, are the "res" of any and all estate(s), use(s) trust(s), and hereby denies and refuses the trespass of any and all, administrators, agents, objects and fiduciaries on the Private Property and Private Rights of myself.

7.  The use of any and all Bills of Credit in any form is done indebitatus non-assumpsit, with all rights reserved, and without recourse, by the Law of Necessity by Myself.

8.  I, Crawford: Jordan-Alexander Tribal Nomen Nysut: Amun Re, am not a citizen or subject of the HOLY SEE, GREAT BRITAIN, ENGLAND, the BRITISH CROWN, the UNITED STATES, the STATE OF MISSOURI or any other government entity.

9.  I, Crawford: Jordan-Alexander Tribal Nomen Nysut: Amun Re, am not party to the constitution for the UNITED STATES OF AMERICA, USA or the UNITED STATES; therefore I am not a citizen under the terms of the 14th amendment to the Constitution for the United States of America.

10. I, Crawford: Jordan-Alexander Tribal Nomen Nysut: Amun Re, am described in 26 USC Section 865(g) (1) (B) as a "non resident" of the United States. I, am therefore, as described in 26 CFR 1.871-2 and 26 USC section 770 (b), a "nonresident alien" with respect to the "United States" and am outside the general venue and jurisdiction of the "United States".

**NOTICE OF STATUS**

I, Crawford: Jordan-Alexander Tribal Nomen Nysut: Amun Re, am a living soul and inhabitant of the land in the Missouri Republic: by the exercise of substantive and inherent rights, does hereby NOTICE the General Public and All Governmental, Administrative and Corporate Entities operating upon the soil in the Missouri Republic that I am not a representative, in any manner, of Legal Fiction.

## STATEMENT OF LAWFUL STATUS

I, Crawford: Jordan-Alexander Tribal Nomen Nysut: Amun Re, am born live to Derrick Crawford (father) and Brandy E. Slack (mother) in St. Louis, Missouri, September 1st, 1994 H.A. 9:34 P.M.

I, Crawford: Jordan-Alexander Tribal Nomen Nysut: Amun Re, am a man, a living soul, a lawful man under Divine Law, and inhabitant upon the soil in the USA.

I, Crawford: Jordan-Alexander Tribal Nomen Nysut: Amun Re, am a free man, free to exercise the substantive and inherent rights The Almighty Old Ones gave to his/her Creations. I, Crawford: Jordan-Alexander Tribal Nomen Nysut: Amun Re, do not waive or give up any Divine-given substantive inherent rights at any time under any circumstance.

I, Crawford: Jordan-Alexander Tribal Nomen Nysut: Amun Re,

have taken an oath to the Divine to Divine Law, and Self-Responsibility: I, Crawford: Jordan-Alexander Tribal Nomen Nysut: Amun Re, by operation of religious conscience, cannot be subjected to man's law where it does not coincide with Divine Law.


## PRESUMPTION OF STATUS

There is a deception that is being perpetrated upon the public in general by certain entities. Said entities are operating in Missouri as the UNITED STATES, STATE OF MISSOURI, Administrative Agencies, thereof, Political Subdivisions thereof, and other Corporate Entities (hereinafter "Entities") serving the goals thereof. The deception is being perpetrated through lack of full disclosure regarding contracts or agreements within the Entities. The Entities are legal fiction and such can only deal with other legal fictions. The Entities are operating on the presumption that I, Crawford: Jordan-Alexander Tribal Nomen Nysut: Amun Re , am a surety, representative or serve in some fiduciary capacity for a legal fiction. This deception has been perpetrated to transfer or convert the natural people, who I am, from operating under private, substantive, inherent liberties to representing a Legal Fiction operating in commerce. The deception is a fraud upon myself, and all the People. Bouvier's Law Dictionary, as a definition of fraud, states:

"2. Fraud voids a contract [agreement], ab initio, both at law and in equity, whether the object be to deceive the public, or third person, or one party endeavor thereby to cheat the other." (also see UCC 3-505 (A) (1) (iii))

## DOCUMENTS CONSTITUTE FRAUD

All agreements, contracts, or instruments of any kind (Documents) between me, and Entities which may have led to the presumption that I,   Crawford: Jordan-Alexander Tribal Nomen Nysut: Amun Re, am a fiduciary, surety, or representative of a legal fiction, constitute fraud to wit:

- Documents constitute fraud as there can be no lawful agreement or contract between a legal fiction and one of the natural, living people.

- Documents constitute fraud as they do not contain the signatures of all parties of to the contract.

- Documents constitute fraud as there was no full disclosure made regarding the fact that entering the agreements or contracts I would be trading substantive, inherent rights for governmental, administrative or corporate issued privileges.

- Documents constitutes fraud as there was no full disclosure that by entering into said agreements or contracts, I, would be singing as a representative or surety for a Legal Fiction, by which I, would be bound to compelled performance under the private statutes, rules, regulations, codes, procedures, by law, resolutions, Ordinances and so forth of Entities.

- Documents which constitute fraud due to the lack of full disclosure include, but are not limited to, birth certificate, social security application, driver's license application, voter registration card, bank account, mortgage, other types of "loans", or other documents which may contribute to the presumptions that a natural person is a fiduciary, surety or representative of legal fiction.

- Documents constitute fraud as they were not entered into willfully or intentionally by with knowledge of the facts, due to the lack of full disclosure on the part of entities.

Operating in this artificial, counterfeit society by subscribing to the service of utilities or any other action done to provide the basic necessity of life is done indebitatus non-assumpsit and without recourse by Law of Necessity, and does not validate the presumption that I, Crawford: Jordan-Alexander Tribal Nomen Nysut: Amun Re, am a representative of legal fiction.

## PERJURY JURAT

Pursuant to the constitution of the Yamassee Native Americans of the Creek Nation; under penalty of perjury under the laws of said constitution ©1992 A.D. by "Chief Black Eagle", ©2004 A.D. by Chief Black Thunderbird "Eagle" a/k/a Dr. Malachi Z. York, I affirm that the foregoing is true and correct to the best of my informed knowledge. And further deponents sayeth not. I now affix my signature to all the affidavits herein, with EXPLICIT RESERVATION OF ALL MY INALIENABLE RIGHTS, WITHOUT PREJUDICE to any those rights in accord with but not limited to MO Rev Stat § 400.1-308, and MO Rev Stat § 400.1-103 also title 28, USC 1746 (1) and executed "without the United States"

_____

Signature "Secured Party" "Sui Juris", by Special Appearance, in Propria Persona, with Assistance, Special Appearance

**Brief in Support for the communication of my Autonomous and Sovereign Status as a tribal member of the Yamassee Native Americans of the Creek Nation (Yamassee Native American Moors Indigenous People) to Foreign Nations**

I hereby declare my autonomous sovereign status as a tribal member of the Yamassee Native Americans of the Creek Nation Americans B.I.A. "Bureau of Indian Affairs" registry No. 208/1999 government. This government as do other governments and their Embassies require the U.S. Department of State to authenticate documents to be used in the United States of America for said documents to be considered legal. The Yamassee Native Americans of the Creek Nation B.I.A. "Bureau of Indian Affairs" Registry No. 208/1999 government, members and diplomats are not limited to or required to carry U.S. governmental or any other foreign governments issued licensing such as but not limited to naturalization papers, U.S. citizenship papers, birth certificates, passports, marriage licenses, driver's licenses, vehicle registration plates and so on. Every member of Yamassee Creek carries very specific identification papers which are recorded with our vital records department within the Office of the Secretary of State, which is open to our members. Diplomatic papers are used by/for The Yamassee Native American Moors of the Creek Nation government officials, their immediate families and consul attaches only. For your convenience and examination there is a single sample/copy of The Yamassee Native Americans of the Creek Nation Identification card, passport/travel papers, conveyance documents, registration plates, Birth Certificates, Death Certificates, and Marriage certificates. Please use this information for the education of all your government/corporate officials, and all other governments and agents thereof. Make notice of this fact; my autonomous and Sovereign Status is my right as an indigenous person. I am not petitioning or asking any Government, City, State, or Country for this liberty that is rightfully ours. As a tribal member of the Yamassee Native Americans of the Creek Nation, I am simply communicating our Status to foreign Nations. This is a clear honest communication of our intent towards cooperation and for the protection of both The Yamassee Creek government and foreign governments. The documents including our passports will be used in foreign nations inclusive of the United States of America. "The Yamassee Native American Moors of the Creek Nation Declaration of Independence" states in part:

"I declare my autonomy as an indigenous person and right to self government as stated in the Draft Declaration of the Rights of Indigenous People Part Seven, Article 31, the Universal Declaration of Human Rights and my self determination as stated in the International Covenant on Civil and Political Rights and the International covenant on Economic, Social and Cultural Rights."

"... I as an original Olmec, am reclaiming that: "I as a Yamassee Moor Creek have the inalienable right to make all decisions over myself in accordance with the Moroccan Moor Treaty of Friendship and Amnesty of 1787 A.D. by the then ruler of Morocco, Sultan Sidi Muhammad Ibn Abdullah (Mohammed III, Moroccan 1721-1790 A.D.) The Ninth Emperor of the Moroccan Hassanian Dynasty, and George Washington (1732-1799 A.D.)

This same protection is provided by the Treaty of Peace signed at Meccanez (Meknes or Meqqbinez) September 16, 1836 (3 Junada II, A.H.: 1252), Article 21.

These treaties are supported by the third article of the United States Constitution Section 2:

'the judicial power shall extend all cases, in law And equity, arriving under this constitution, the laws of the United States and treaties made, or which shall be made, under their amnesty' .

I declare that a second treaty was signed in 1836 A.D. and is still in affect today.

I am also reclaiming the following Nine principles:

1.      My Deities: Pa Neteru: Atun Re, Amun Re, Anun Re, and Atum Re

2.      My Tribal Roots: Yamassee Native Americans of The Creek Nation Seminole,
        Creek, Shushuni, Washita Mound Builders;

3.              My Nationality: Yamassee;

4.      My Language: Nuwaupuyee, Yamassic, Muskogee, Creek;

5.              My Culture: Wu-Nuwupu, Nuwaupu;

6.      My Birthrights And Lands; Mu-Laan, Turtle Island

7.              My Dress: Pa Mijdal;

8.      My Flag: as the Yamassee Symbol of the Two-headed buffalo, The Seal of the
        Black Thunderbird and the Squash Blossom;

9.              My Story And My Own Education.

To any other peoples and nations, inclusive of the United States, know that to violate our constitution is to violate "**The Drafted Declaration of the rights of Indigenous peoples**" *E/Cn.4/Sub.2/1994/2/Add.1 (1994) Part VII, Article 31&36*, Drafted by the working Groups at its 11th Session and the indigenous peoples earth Charter which was adopted at the Kari Oca conference, 25-30 May 1992 "United Nations".

**"The Drafted Declaration Of the Rights of Indigenous Peoples"**

Article 1:

*"Indigenous Peoples have the right to the full and effective enjoyment of all human rights and fundamental freedoms recognized in the charter of the United Nations, The Universal Declaration of Human Rights and International Human Rights Law."*

Article 2:

*"Indigenous individuals and peoples are free and equal to all other individuals and peoples in dignity and rights, and have the right to be free from any kind of adverse discrimination in particular that based on their indigenous origin or identity."*

Article 3:

*"Indigenous peoples have the right of self-determination. By virtue of that right they freely determine their political status and freely pursue their economic, social and cultural development."*

Article 6:

*"Indigenous peoples have the collective right to live in freedom, peace and security as distinct peoples and to full guarantees against genocide or any other act of violence, including the removal of indigenous children from their families and communities under any pretext."*

*"In addition, they have the individual rights to life, physical and mental integrity, liberty and security of person."*

Article 7:

*"Indigenous peoples have the collective and individual right not to be subjected to ethnocide and cultural genocide, including the prevention of and redress for: (b) any action which has the aim or effect of dispossessing them of their lands, Territories or resources: (e) any form of propaganda directed against them."*

Article 8:

*"Indigenous peoples have the collective and individual right to maintain and develop their distinct identities and characteristics, including the right to identify themselves as indigenous and to be recognized as such; "*

Article 9:

*"Indigenous peoples and individuals have the right to belong to an indigenous community or nation, in accordance with the traditions and customs of the community or nation concerned. No disadvantage of any kind may arise from the exercise of such a right."*

Article 12:

*"Indigenous peoples have the right to practice and revitalize their cultural traditions and customs. This includes the right to maintain, protect and develop the past, present and future manifestations of their cultures, such as archaeological and historical sites, and artifacts, designs, ceremonies, technologies and visual and per- forming arts and literature, as well as the right to the restitution of cultural, intellectual, religious and spiritual property taken without their free and informed consent or in violation of their laws, traditions and customs."*

Article 13:

*"Indigenous peoples have the right to manifest, practice, develop and teach their spiritual and religious traditions, customs and ceremonies; the right to maintain, protect, and have access in privacy to their religious and cultural sites; the right to the use and control of ceremonial object; and the right to the repatriation of human remains."*

*"States shall take effective measures, in conjunction with the indigenous peoples concerned, to ensure that indigenous sacred places, including burial sites, be preserved, respected and protected."*

Article 17:

*"Indigenous peoples have the right to establish their own media in their own languages. They also have the right to equal access to all forms of Non-indigenous media."*

Article 18:

*...Indigenous individuals have the right not to be subjected to any discriminatory conditions of labour, employment or salary.*

### Article 19:

*"Indigenous peoples have the right to participate fully, if they so choose, at all levels of decision-making in matters which may affect their rights, lives and destinies through representatives chosen by themselves in accordance with their own procedures as well as to maintain and develop their own indigenous decision-making institutions; "*

### Article 21:

*"Indigenous peoples have the right to maintain and develop their political, economic and social systems, to be secure in the enjoyment of their own means of subsistence and development, and to engage freely in all their traditional and other economic activities. Indigenous peoples who have been deprived of their means of subsistence and development are entitled to just and fair compensation."*

### Article 26:

*"Indigenous peoples have the right to own, develop, control and use the lands and territories, including the total environment of the lands, air, waters, coastal seas, sea-ice, flora and fauna and other resources which they have traditionally owned or otherwise occupied or used. This includes the right to the full recognition of their laws, traditions and customs, land -tenure systems and institutions for the development and management of resources, and the right to effective measures by states to prevent any interference with, alienation of our encroachment upon these rights."*

### Article 29:

*"Indigenous peoples are entitled to the recognition of the full ownership, control and protection of their cultural and intellectual property"*

## Article 31:

*"Indigenous people, as a specific from of exercising their right to self-determination, have the right to autonomy or self-government in matters relating to their internal and local affairs, including culture, religion, education, welfare, economics activities, land and resources, management, environment and entry by non- members, as well as ways and means for financing these autonomous functions"*

## Article 36:

*"Indigenous people have the right to the recognition, observance and enforcement of treaties, agreements and other constructive arrangements concluded with States or their successor, according to their original sprit of intent, and to have States honor and respect such treaties, agreements and other constructive arrangements. Conflicts and dispute which can not otherwise be settled should be submitted to competent international bodies agreed to by all parties concerned."*

## Article 37:

*"States shall take effective and appropriate measures, in consultation with the indigenous peoples concerned, to give full effect to the provisions of this declaration. The rights recognized herein shall be adopted and included in national legislation in such a manner that indigenous peoples can avail themselves of such rights in practice."*

Article 38:

*"Indigenous peoples have the right to have access to adequate financial and technical assistance, from states and through international cooperation, to pursue freely their political, economic, social, cultural and spiritual development and for the enjoyment of the rights and freedoms recognized in this declaration."*

And **The Universal Declaration of Human Rights** Adopted and proclaimed by **General Assembly Resolution 217 A (III) of 10 December 1948**

**"The Universal Declaration of Human Rights"**

Article 28:

*Everyone is entitled to a social and international order in which the rights and freedoms set forth in this declaration can be fully realized*

Article 3:

*"Everyone has the right to life, liberty and security of person."*

Article 15:

*" Paragraph (1) Everyone has the right to a nationality. (2) No one shall be arbitrarily deprived of his nationality nor denied the right to change his nationality."*

And **The International Covenant on Civil and Political Rights**, *G.A. res. 2200A(XXI), 21 U.N. GAOR Supp. (Nol 16) at 52, U.N. Doc. A/6316 (1966), 999 U.N.T.S. 171*

#### "The International Covenant on Civil and Political Rights"

Article 1:

*"Paragraph (1) All peoples have the right of self-determination. By virtue of that right they freely determine their political status and freely pursue their economic, social and cultural development. Paragraph (2) All peoples may, for their own ends, freely dispose of their natural wealth and resources without prejudice to any obligations arising out of international economic co-operation, based upon the principle of mutual benefit, and international law. In no case may a people be deprived of its own means of subsistence."*

KNOW ALL MEN AND WOMEN BY THESE PRESENTS that "I, Jordan Crawford", BEING FIRST DULY SWORN AN OATH, depose and say... Any response to this Notice, to repudiate or refute, is required before the expiration of [10] days from the date this notice is received. Silence, lack of response, or a non responsive answer will establish the veracity of the following declarations. This communication should not be construed as an adversarial tool, but as an aid to our respective agencies in working through some very sensitive issues. I hereby CERTIFY, DECLARE and COMMUNICATE, that The Yamassee Native Americans of the Creek Nation are the original inhabitants of Mu-laan also known as Turtle Island (presently called North and South America) and our autonomous powers are inherent which has never been extinguished.

## AFFIDAVIT OF TRUTH

I, Crawford: Jordan-Alexander Tribal Nomen Nysut: Amun Re, hereby declare that I am a tribal member of the The Yamassee Native Americans of the Creek Nation B.I.A. "Bureau of Indian Affairs" Registry No. 208/1999. I also acknowledge and send countless salutations and blessing upon Her Imperial Highness Qe-mamt Mary C. York, "Sunflower Child", Empress of the Yamassee Native Americans of the Creek Nation as well as Her Imperial Highness Verdiacee "Tiari" Washitaw-Turner Goston El-Bey, Empress of the Washitaw Empire, and we acknowledge all of her heirs appointees, we acknowledge all of us as indigenous Americans being true children of the Negroid Nuwbuns who the Aztecs called Olmecs whose homeland was Nuwba, a country located in what is now known as present day Sudan. I, Crawford: Jordan-Alexander Tribal Nomen Nysut: Amun Re, hereby declare that my tribe is known as The Yamassee Native Americans of the Creek Nation B.I.A. "Bureau of Indian Affairs" registry No. 208/1999 and hereby establish the following departments and institutions:

- **Department of Religious Affairs**

- **Department of State**

- **Department of Architecture and Engineering**

- **Department of Global Affairs**

- **Department of Computer Intelligence and Technology**

- **Department of Finance and Treasury**

- **Department of Resource Management**

- **Department of Nuwaupian Missions Abroad**

- **Department of Business and Economics**

- **Department of Archives and Document Preservation**

- **Department of Arms Control and International Security**

- **Yamassee Native Americans of the Creek Nation Tribal Court**

- **Department of the Interior**

- **Yamassee Native Americans of the Creek Nation Court of Appeals**

- **Department of Indigenous Affairs**

- **Department of Land and Minerals Management**

- **Yamassee Native Americans of the Creek Nation Recording Service**

- **Department of Health and Human Services**

- **Yamassee Native Americans of the Creek Nation Postal Service**

- **Department of Education**

## PERJURY JURAT

I, Crawford: Jordan-Alexander Tribal Nomen Nysut: Amun Re, of the Yamassee Native Americans of the Creek Nation, under penalty of perjury under the laws by the constitution of the Yamassee Native Americans of the Creek Nation B.I.A. "Bureau of Indian Affairs" Registry Number 208/1999, affirm that the foregoing is true and correct to the best of my informed knowledge. And further deponents sayeth not. I now affix my signature to all the affidavits herein, with EXPLICIT RESERVATION OF ALL MY UNALIENABLE RIGHTS, WITHOUT PREJUDICE to any of those rights. this is in accord with but not limited by MO Rev Stat § 400.1-308, and MO Rev Stat § 400.1-103, title 28 USC 1746 (1) and executed without the "United States".

Crawford: Jordan-Alexander UCC 1-207

**The Declaration of Independence of the Yamassee Native Americans of the Creek Nation**

1. I, Crawford: Jordan-Alexander Tribal Nomen Nysut: Amun Re, am making the declaration that I am a Yamassee Native American of the Creek Nation So let it be known to all that I proclaim that I am a descendant of the original Olmecs who inhabited and who came to what is now known as North America before the Continental Drift, who were originally from Nuwba a country in southern Sudan, and that I am a Yamassee Native American Moor of the Creek Nation. The name Yamasse or "Jamasi" meaning "gentle people" a label given by the European Settlers and the name Creek coming from the tribe's original name, Ochese Creek Native Americans. Another name for the tribe is Musko'ke or Maski'ge. Many Yamassee escaped the War of 1715 A.D. in Georgia to Florida to join with other Native Americans and kidnapped Moors termed "Negros" and "Slaves" known as the Seminole or the Yuchi "those far away".

2. I, Crawford: Jordan-Alexander Tribal Nomen Nysut: Amun Re, declare that I am not and was not a slave, Negro or coloured; nor was I in servitude to any one person or group or race of human beings, of my own free will; but rather and sold to the assessors to the crime of kidnapping, *"that is to take a person against their will to confine or to buy a person against their will"*. Therewith, I do not accept the titles of "ex-slave" or "property". The word property means "what one owns by earning". We hold these truths to be self-evident, and that all men are created equal, that they are endowed by their creator with certain unalienable rights, that among these are life, liberty and the pursuit of happiness.

3.  I, Crawford: Jordan-Alexander Tribal Nomen Nysut: Amun Re, declare that you cannot own
    or earn any individual, thus no one can be called property to any one person or any of the
    foreigners who invaded these shores, now called the United States of America. Before the
    coming of the European people, a government was established by The Yamassee Native
    Americans of the Creek Nation, a government that continues to derive its just power from
    indigenous people's right to self government. The United States of America, originally "the
    country of Virginia" or "the original thirteen colonies", plagiarized the Articles of
    Confederation, which became the original constitution and was setup on their behalf. The
    United States Constitution was plagiarized by Englishman Thomas Paine (1737-1809 A.D.)
    who used the Six Nations of the Iroquois' Oral Constitution known as Kayanesha Kowa
    which translates as "the great law of peace". This constitution of the United States of
    America, in its purity, coincides with the laws of nature. However, the government which
    runs under this constitution has become destructive of its ends to the rights of the peoples,
    and to alter or to abolish it and to institute a new government, laying its foundation on such
    principles of life, liberty, and the pursuit of happiness, including truth, justice, unity, love,
    peace, joy, equality, freedom, success, and law, is our inalienable right of self determination. I
    don't fall up under the thirteenth, fourteenth, or fifteenth amendment of the United States
    Constitution for I am not and was never a slave, a word which describes Slavic people in
    captivity which I am not by race, nationality, or origin.

4.  I, Crawford: Jordan-Alexander Tribal Nomen Nysut: Amun Re, declare that the title slave,
    only applied to the Slavic people of eastern Europe, who were conquered by a Roman
    named, "Otto the great" (912-973 A.D.), the son of a German king named Henry the First
    during the "Middle Ages" (457-1453 A.D.). The term slave was forced upon us once we were
    kidnapped as defined by (Model Penal Code 212.1) from our land in North America, South
    America and also from those who were kidnapped and sold as slaves from Africa who mixed
    with us. These acts are unlawful according to the the Lindbergh Act of 1932 A.D., and the
    United States Code Title 18 Section 1201. Other illegal acts according to the Europeans/
    Euro-Americans laws against us are raping, murdering, and torturing, castration, and
    lynching. According to Revised code of 1819 A.D. "*all murder which shall be
    perpetrated ...by starving, or by willful malicious and excessive whipping beating or other
    cruel treatment or torture, or by... Rape .shall henceforth be deemed murder in the first
    degree.*"

The Act of 1799 A.D. states in part: *"any person who shall dismember or deprive a slave of life, shall suffer such punishment,...like an offense had been committed on a white person...."* , this act is a perfect example of how they write laws but don't follow them. Some states had this law but added exceptions and provisions, such as Georgia and Tennessee, which followed the above act with exceptions. According to the statute of 1799 A.D. Ch. 9, of Tennessee, the exception says: " *...provided, this act shall not be extended to any person killing any slave in the act of resistance to his lawful owner or master, or any slave dying under moderated correction*" . Georgia's exception quotes "*...except in case of insurrection of such slave, and unless such death should happen by accident in giving such slave moderate correction.*"

In spite of these exceptions, they still did not have the right to deliberately or "accidentally" kill humans whether they were considered a "slave" or not they were and are in violation of their own man-made laws.

Our children were also subject to physical and mental abuse, stemming from taking them away from their mothers, parents and people, at crucial ages causing psychological and mental disorders. We were also mentally influenced against our own heritage, Wu-Nuwupu and religion Nuwaupu, and still are being taught to hate ourselves. Such brutalities has been the patient sufferance of the Yamassee Native Americans of the Creek Nation; and such attests the necessity, which makes us resurrect our ancient way of life and religious practices. The history of the government of the United States of America is a history of repeated injuries and usurpation, all having in direct object, the hindrance of the Yamassee Native Americans of the Creek Nation knowledge of their true identity, as the original Native Americans.

I am of the Yamassee Native Americans of the Creek Nation and I am of Native American descent, and after a long train of abuses and usurpations from the government of the United States of America, it is my right, it is my duty, to throw off the said corrupt government, and to provide a new guard for my future's security. We refuse to follow an invading barbaric people who decide on one set of laws to govern the whole country. Each state has created its own laws to further its own purpose and desires of control and confuse those who seek to obey them. We do not follow these confused set of rules, regulations, statutes of law.

5.  I, Crawford: Jordan-Alexander Tribal Nomen Nysut: Amun Re, declare and know that we the "Native Americans" and our children, the "American Indians" were already here on these ancient lands called "North, Central, and South America" before European adventurers, or "discoverers " came here. How can you discover a land that was already inhabited? **The American Heritage Dictionary, Third Edition** defines the word discover as: "*to be the first to find, learned of, or observed*." these Europeans and their descendants conquered, settled and reshaped our, the Yamassee Native Americans of the Creek Nation ancient homeland, Mu-laan, Turtle Island to their needs, with no concern, respect, or care for what we already established and acquired. They wanted us and other victims of kidnap for our labor, our knowledge of the mountains, forests and plains, for our goods, our silver, our gold, our maize, our cloth, and our furs. When we, the first peoples of the western hemisphere could not accommodate the conquerors and settlers, who opposed us, many of our family and tribe members were tortured and killed. They gave us their family names like Fletcher, La Roche, and Powell, in place of our own Nuwaupic/Muscogic names like Amun, Ma'at, Tehuti and prefixes such as Nin and Nayya, or Nysut meaning "noble". They gave us English names like Crawford, Blackmon, and Lee, Jewish names like Miller, Smith and Joseph and many Irish names such as Mc Crae, Mc Intosh, Mac Neil , in place of our Native American names like Pa Saqur Pa Aswud which translated from Nuwaupic means "Black Eagle", Sitting Bull, and Hawk Eye. They gave us nicknames like niggers, spooks, coons, spades, indian, red man, black man when we already had names for ourselves such as: Yamassee, which is a distortion of the Muskogee word Yamasi meaning "gentle", Iroquois, from the Algonkin word Iriakhoiw meaning "real adders", Apalachee, a Haitchiti word meaning "people on the other side", and Kiowa, a Kiowa word meaning "principle". We were also named Massachusets, Nez Perce, and Mandans. These Europeans and Euro-Americans will say that they signed treaties, and agreements for the land. However, this is only partially true, for we Native Americans were at constant war with these "conquerors" and we did not have or use U.S. currency, "money". We were were forced under duress to cede our land and forcibly removed from the land by the government with the Indian Removal Act of 1830 A.D. When we were tired of fighting, we made treaties to share the land, although they were planning on taking the land all for themselves, not intending to share it. We did not read nor speak their languages, English, Spanish, French, Polish so they tricked us. This is in violation of the law of the United States of America. The United States Supreme court has firmly established that Treaties between the United States Native Americans must "be interpreted as the Indians [Native Americans] would have understood them (Choctaw Nation v. Oklahoma, 397 U.S. 620, 631 [1970]; United States v. Shoshone Tribe, 304 U.S. 111, 116 [1938]; Starr v. Long Jim, 227 U.S. 613, 622- 23 [1913]; Jones v. Meehan, 175 US 1 [1895]; Worchester v.

Georgia, 31 U.S. (6 Pet.) 515, 582 [1832]. And these treaties must be interpreted in favor of the "Indians" (Native Americans) (Choctaw Nation v. United States, 318 U.S. 681, 685-85 [1942] and should there be any ambiguity it should be resolved in favor of the Indian parties involved (Mc Clanahan v. State Tax Commissioner, 411 U.S. 164, 174 [1973]; Carpenter v. Shaw, 280 U.S. 363, 367 [1938]; Winters v. U.S., 207 U.S. 564, 576-77)

In the book entitled " New Partnership Indigenous Peoples and the United Nations System", it states and I quote: "a *North American leader explained to a younger tribal member: the paper with words had one kind of meaning. Three objects from the signing ritual had others. A bag made of deerskin signified sharing, the sacred pipe was for truth and strength, and sweet grass meant kindness. They were " a kind people', ...*" make note at this point, from the above statement that, we the Yamassee, were the "kind people" , which is what the name Yamassee means "*kind or gentle*". So as you can see, it doesn't matter if these settlers made treaties, or agreements with us, because we had two different understandings of the treaties. We, as the Yamassee Native Americans, made treaties to share the land, and these "conquerors", with their malicious treatment, torture and wars, removed us from the land and occupied it all.

6. I, Crawford: Jordan-Alexander Tribal Nomen Nysut: Amun Re, declare that I know and realize that as a descendant of the Olmecs, and an indigenous person of this land, Native American, I am to acknowledge only the facts and declare Nuwupu as my ancestral religion, customs and practices, as my original way of life. As the original Yamassee Native Americans of the Creek Nation, as descendants of the Olmecs, we are the indigenous people of this land. We ask only what other ethnic peoples have already asserted for themselves; to continue as distinct and separate cultures in our homeland.

7. I, Crawford: Jordan-Alexander Tribal Nomen Nysut: Amun Re, declare that with these facts that, I must not violate any of the laws of the of the Yamassee Native American Moors of the Creek Nation. I also recognize the Yamassee Native Americans of the Creek Nation flag, which our Maku: Pa Saqur Pa Aswud "Chief" Black Thunderbird "Eagle", a/k/a Malachi York and our Chief and Head of State and our Empress, his mother Clay Clan Supreme Grand Qemam-T Mary C. York "Sunflower Child" has created and I claim for myself.

8. I, Crawford: Jordan-Alexander Tribal Nomen Nysut: Amun Re, declare that I realize that there is no self-glorification amongst the Nuwupu race, even though we as Olmecs have acquired various nationalities, religious denominations, cultures, tribal names, languages such as Judaism, Christianity, and Islam.

9. I, Crawford: Jordan-Alexander Tribal Nomen Nysut: Amun Re, declare and know that we, the Yamassee Creeks are the extended family of our Maku: Pa Saqur Pa Aswud "Chief" Black Thunderbird "Eagle", a/k/a Malachi York , Chief and Head of State was born June 26, 1945 A.D., to Our Empress Clay Clan Supreme Grand Qemam-T "Clan Mother" Mary C. York "Sunflower Child", of the Yamassee Native American Moors of the Creek Nation and Chief David P. York, son of Chief William York and his wife Carrie. Chief William York was the blood son of Ben York (1779- 1893 A.D.) of the Lewis and Clark Louisiana, so-called Purchase, where he was declared free by William Clark (1770-1838 A.D.) (See Attachment A). The name York/Yorke is one of the oldest Euro-family names in England it bears a family crest covered with the Nuwaupian race of Moors located in Yorkshire, England. However, York/Yorke is not historically a family name but more like a family location, an area, a providence named by the Moors. For the area was full of Yew trees, which is an evergreen tree that grows in that area hence you have York/Yorkshire.

The Bassa Tribe of Congotown Liberia is synonymous with the York tribe now found in Liberia to this present day because of the Yamassee that repatriated themselves who were residing in Virginia and Georgia during the time of kidnapped enslaved Nubuns were being moved back to the country of Liberia, which was established.

William Clark signed a manumission in 1802 A.D. , to free a enslaved Native American named "York", which is none other than Ben York himself; however he changed his mind, and Ben York was freed after May 1811 A.D. Ben York also left a trail of progeny along the expedition's path. According to the book "In Search of York" by Robert B. Betts, ISBN# 0870817140 on page 71 and I quote: "... *On the return journey, he (York) found that he had become the father of a lit-*

*tle Nez Perce Negro.....occasional modern Nez Perces with kinky hair are perhaps descended from this child. Of the Mandans, ...in 1899...signs of York could still be detected among them .*" Robert P. Warren, a poet and novelist is quoted on page 70 of the same book as saying "*and my good nigger York, who left his seed in every tribe across the continent-* ",

Thus making us also descendants of the Nez Perce, one of the various Native American tribes. Maku: Pa Saqur Pa Aswud maku: "Chief" Black Thunderbird "Eagle", a/k/a Malachi York taught us to wear the nosering in the right nostril, which is the custom of our ancient ances- tors and the Nez Perce child of Ben York.

10. I, Crawford: Jordan-Alexander Tribal Nomen Nysut: Amun Re, declare that: Maku: Pa Aswud Saqur, "Chief" Black Thunderbird "Eagle", Malachi Z. York is a Yamassee Native American, by tribe and Native American/Nuwaupian/Indigenous by race and nationality.

11. I, Crawford: Jordan-Alexander Tribal Nomen Nysut: Amun Re, declare my autonomy as an indigenous person and right to self-government as stated in The Draft Declaration of the Rights of Indigenous People Part Seven, Article 31 , The Universal Declaration of Human Rights and my right to self-determination as stated in The International Covenant on Civil and Political Rights and the International Covenant on Economic, Social and Cultural Rights.

12. I, Crawford: Jordan-Alexander Tribal Nomen Nysut: Amun Re, declare that I also know that Maku Pa Saqur Pa Aswud "Chief" Black Thunderbird "Eagle", a/k/a/ Malachi Z. York Chief and Head of State officially began his mission on September 22, 1967 A.D., which was incorporated under the Islamic Mission of America Inc., charter date in 1944 A.D , by a Moor from Morocco named Shaikh Daoud Ahmed Faisal, to reclaim his rightful identity. I know that the Ansaarullah community of the Islaamic Mission of America Inc., was first chartered and thus established in the year 1970 A.D. in New York, U.S.A., and the Nubian Islaamic Hebrews Inc. was chartered and thus established in the year 1973 A.D. on May 17th in New York, U.S.A, to utilize all the rights therein. I, as an original Olmec am reclaiming that: "I as a Yamassee Moor Creek have the inalienable right to make all decisions over myself" in accordance with the Moroccan Moor Treaty of Friendship and Amity of 1787 A.D. by the then ruler of Morocco, Sultan Sidi Muhammad Ibn Abdullah (Mohammed III, 1721- 1790 A.D.) , the ninth emperor of the Moroccan Hassanian Dynasty, and George Washington (1732-1799 A.D.). I am protected by the Treaty of 1778 A.D. as a subject of Morocco which was ratified again in 1987 A.D which states:

*"If a citizen of the United States should kill or wound a Moor, or on the contrary if a Moor shall kill or wound a Citizen of the United States, the Law of the Country shall take place and equal Justice shall be rendered, the Consul assisting at the Tryal, and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatsoever"*

This same protection is provided by the Treaty of Peace, signed at Meccanez (Meknes or Meqqbinez) September 16, 1836 (3 Junada II, A.H.: 1252), Article 21.

These treaties are supported by the third article of the United States Constitution Section 2:

*"the judicial power shall extend all cases, in law and equity, arriving under this constitution, the laws of the United States and treaties made, or which shall be made, under their amnesty"* .

I declare that the Yamassee Native Americans of the Creek Nation hereby restore the heritage of our Olmec ancestors, including their names, (Nin, Nanya, Nayya, Nysut, for the beginning of my name and Tamarean Nuwaupuyee at the end of my name) their culture, and religion whether Judaism, Christianity Muhammadism my inalienable rights of self-determination, and my own identity, as the indigenous people of North, Central, and South America and Africa which I have reclaimed my Yamassee nationality.

I again declare that I realize and recognize, that I am of the tribe of Yamassee Native Americans of the Creek Nation, and it is required of me to study, know, and teach the facts, right knowledge, and recognize the science of Nuwaupu as the true way of life. I also acknowledge and respect the laws of the Yamassee Creek government, its flag and its constitution in its original and lawful writing.

I, Crawford: Jordan-Alexander Tribal Nomen Amun Re affirm that the statements in this document are accurate and true.

_____ Crawford: Jordan-Alexander,

AFFIANT

_____7/ 22/ 2022_____ Date

JAC-09011994-DJ

# JURAT

State of Missouri       )

                      )ss     **CERTIFICATE OF ACKNOWLEDGEMENT**

County Of _Hazelwood_ )

Subscribing and sworn to before agent ___James M Wright___, a notary public in and for the County of ___St Louis___, State of Missouri, on this ___22ND___, day of ___July___ 2022 by Crawford: Jordan-Alexander©, who proved to this agent on the basis of satisfactory evidence that Crawford: Jordan-Alexander© executes the within document, and swears, and declares that Crawford: Jordan-Crawford©, autographs said within document in capacity of being the living principle, attorney in fact, and authorized representative for the registered trade-names/Copy right, JORDAN ALEXANDER CRAWFORD©, CRAWFORD JORDAN ALEXANDER©, ALEXANDER CRAWFORD©, AND ANY AND ALL ORTHOGRAPHIC VARIATIONS THEREOF,

By: _____      Date: _July 22, 2022_

Notary Public

James M Wright
Notary Public Notary Seal
State of Missouri
St. Louis County
My Commission Expires 12/07/2024
Commission # 20246838

Commission Expires: _12/07/2024_