UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CRAWFORD: JORDAN-A, Chief Justice ex rel. Jordan Alexander Crawford, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 4:22 CV 783 CDP ) |
| UNITED STATES OF AMERICA, et al., | ) ) |
| Defendants. | ) |

### ORDER OF DISMISSAL

In accordance with the Memorandum and Order filed herewith,

**IT IS HEREBY ORDERED** that plaintiff Crawford: Jordan-A's complaint is **DISMISSED with prejudice** for lack of Federal subject-matter jurisdiction.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 19th day of August, 2022.